**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**DEMARIO WALKER, #L1625**                                            **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 3:08-cv-647-WHB-LRA**

**GLORIA CLARK, et al.**                                         **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>17th</u> day of February, 2009.

                                                            s/William H. Barbour, Jr.
                                                            UNITED STATES DISTRICT JUDGE